IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Buie Jr, Leon

Printed: 4/22/08

Case Number: 05 B 46893
Judge: Hollis, Pamela S
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 27, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,063.00 |  |
| Secured: |  | 1,515.52 |
| Unsecured: |  | 12,239.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 760.26 |
| Other Funds: |  | 1,547.94 |
| Totals: | 16,063.00 | 16,063.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 0.00 | 0.00 |
| 2. | Wickes Furniture | Secured | 1,515.52 | 1,515.52 |
| 3. | ECast Settlement Corp | Unsecured | 2,036.71 | 2,036.71 |
| 4. | ECast Settlement Corp | Unsecured | 2,657.98 | 2,657.98 |
| 5. | American General Finance | Unsecured | 3,011.13 | 3,011.13 |
| 6. | Resurgent Capital Services | Unsecured | 4,533.46 | 4,533.46 |
| 7. | Key Bank USA National Association | Unsecured | 17,018.90 | 0.00 |
| 8. | Best Buy | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,773.70 | $ 13,754.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 258.26 |
| 5% | 88.05 |
| 4.8% | 169.05 |
| 5.4% | 244.90 |
|  | _____ |
|  | $ 760.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Buie Jr, Leon | Case Number:  05 B 46893 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/22/08 | Filed:  10/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

